UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WESTBANK FISHING, LLC, AS OWNER AND OPERATOR OF THE F/V MARY JUDITH, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 22-131<br><br>SECTION "B"(1) |

**ORDER & REASONS**

Considering the Court's Order granting Mark A. Pivach's motion to withdraw (Rec. Doc. 32),

On March 6, 2023, Mark A. Pivach (La. Bar No. 14327) filed an *ex parte* motion to withdraw as counsel. Rec. Doc. 30 at 1. The motion represented: "Counsel has regularly billed Picone Seafood, LLC for legal services performed; however, Picone Seafood, LLC has been unable to pay any of counsel's legal fees." *Id.* Further, "On March 2, 2023, Counsel met personally with Bernard Picone of Picone Seafood, LLC, wherein Mr. Picone indicated he and Picone Seafood, LLC are unable to pay the past or future legal fees" of current counsel concerning the instant matter. *Id.* Accordingly, Picone Seafood, LLC "acknowledged and agreed that the Pivach firm is to withdraw as counsel for Picone Seafood, LLC. *Id.*

On March 8, 2023, the Court granted Mr. Pivach's motion to withdraw but further ordered that "claimant Picone Seafood, LLC shall enroll new counsel no later than **Friday, March 31, 2023**." Rec. Doc. 32. The Court Order cautioned: "**Failure to timely comply with this order may lead to sanctions without further notice; including**

1

**dismissal of claimant's petition or defenses**." *Id.* at 2. To date, claimant Picone Seafood, LLC has yet to enroll additional counsel.

It is well-established that a Limited Liability Company, such as the claimant in the above-captioned matter, must be represented by counsel: "Because a LLC is a separate entity, a member that is not a licensed attorney may not represent the LLC in court." *Am. Safety LLC v. Alger*, No. CV 20-3451, 2021 WL 1753808, at *2 (E.D. La. May 4, 2021); *see also K.M.A., Inc. v. General Motors Acceptance Corp.*, 652 F.2d 398, 399 (5th Cir.1982) ("the law is clear that a corporation as a fictional legal person can only be represented by licensed counsel."). Accordingly,

**IT IS ORDERED** that claimant Picone Seafood, LLC is hereby **DISMISSED without prejudice**.

New Orleans, Louisiana this 19th day of May, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE